# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-3229

_____

Horace Crosby,

*Plaintiff - Appellant,*

v.

Brian Little; Brae Harper; Randy Barrett; Coye Cripps; Gentry School District, Board of Education; Subteach USA, LLC; Education Solutions Services, LLC,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: October 7, 2021
Filed: October 15, 2021
[Unpublished]

_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Horace Crosby appeals an order of the district court[1] dismissing his civil action without prejudice under Federal Rule of Civil Procedure 4(m) for untimely service of the defendants. After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in dismissing the action. Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.